

# In the United States Court of Federal Claims

FILED

SEP 1 8 2017

U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TIRZAH EL-BEY,

        Plaintiff,

      v.

UNITED STATES,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 17-1248C
Filed: September 18, 2017

## ORDER

The court is in receipt of pro se plaintiff's complaint. Plaintiff submitted the complaint to the court without paying the $400.00 filing fee or submitting an application to proceed in forma pauperis. As a result of this failure, the above-captioned case is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

MARIAN BLANK HORN
Judge

7017 1450 0000 1346 2717